ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
KIRCHE M. RAY, ESQ.
Nevada Bar No. 16306
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax:         (702) 792-9002
Email: swanise@gtlaw.com
         kirche.ray@gtlaw.com

*Attorneys for Defendants, TESLA*
*MOTORS NV, INC. and TESLA, INC.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JAMES DELEON, | Case No. 3:26-cv-00267-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STPULATION REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND [ECF No. 5]** |
| v. | |
| TESLA MOTORS NV, INC., a Domestic Corporation register or otherwise authorized to do business in the State of Nevada; TESLA, INC., a Foreign Corporation registered or otherwise authorized to do business in the State of Nevada, and DOES 1-50, inclusive, | **[First Request]** |
| Defendants. | |

Plaintiff Eric James Deleon ("Plaintiff") and Defendants Tesla Motors NV, Inc. ("Tesla Motors") and Tesla, Inc. ("Tesla" and with Tesla Motors, the "Defendants"), hereby stipulate and agree to the following briefing schedule extending the deadlines relating to Plaintiff's motion to remand ("Motion"), filed April 20, 2026 [ECF No. 5]:

1.      The parties agree to extend the deadline for Defendants' opposition to the Motion until May 29, 2026; and

2.      Plaintiff will have until June 15, 2026, to submit his reply in support of the Motion.

This is the Parties' first request for an extension of the briefing schedule. No hearing has yet been set.  The extension is warranted by the nature of the Motion and arguments asserted therein, the importance of the issues raised, and the availability of counsel and the parties. Thus, the

Page 1 of 2

extension is supported by good cause. The Parties have agreed to the extension, and it is sought in good faith and not for delay.

DATED this 30th day of April, 2026.

| GREENBERG TRAURIG, LLP | STEVEN J. KLEARMAN & ASSOCIATES |
|---|---|
| _/s/ Eric W. Swanis_ | _/s/ Steven J. Klearman_ |
| ERIC W. SWANIS | STEVEN J. KLEARMAN. ESQ. |
| Nevada Bar No. 6840 | Nevada Bar No. 3471 |
| KIRCHE RAY, ESQ. | 437 W. Plumb Lane |
| Nevada Bar No. 16306 | Reno, NV 89509 |
| 10845 Griffith Peak Drive, Suite 600 | _Attorneys for Plaintiff_ |
| Las Vegas, Nevada 89135 | _ERIC JAMES DELEON_ |
| _Attorneys for Defendants,_ | |
| _TESLA MOTORS NV, INC. and TESLA, INC._ | |

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendants' deadline to file their Opposition to Plaintiff's Motion to Remand shall be extended to May 29, 2026, and Plaintiff's deadline to file his Reply in Support of its Motion to Remand shall be June 15, 2026.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: May 1, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)