Steven J. Klearman, Esq., #3471
Steven J. Klearman & Associates
437 W. Plumb Lane
Reno, Nevada 89509
(775) 323-3700
steve@nevadainjuries.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC JAMES DELEON,

        Plaintiff,

        vs.

TESLA MOTORS NV, INC., a Domestic
Corporation register or otherwise authorized to
do business in the State of Nevada; TESLA,
INC., a Foreign Corporation registered or
otherwise authorized to do business in the State
of Nevada; and DOES 1-50, inclusive,

        Defendants.

_____/

Case No.:  3:26-cv-00267

**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY [ECF NO. 22] AND EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY**

Plaintiff, ERIC JAMES DELEON, by and through his counsel, STEVEN J. KLEARMAN, ESQ. of the law firm STEVEN J. KLEARMAN & ASSOCIATES and Defendants TESLA MOTORS NV, INC. ("TELSA MOTORS") and TESLA, INC. ("TESLA"), by and through their counsel, KIRCHE M. RAY, ESQ., of the law firm GREENBERG TRAURIG, LLP, hereby stipulate and agree as follows:

1.  The Parties agree to extend the deadline for Plaintiff's Response to Defendants' Motion for Leave to File Surreply  [ECF No. 22] until July 16, 2026.

1

2.    The Parties have also agreed that Defendants' responses to Plaintiff's first set of Interrogatories, Requests for Production and Requests for Admission shall be served on or before July 6, 2026.

This is the Parties' first request for an extension of the briefing schedule on this matter.  No hearing has been set yet. The extension is warranted by the nature of the Motion and arguments asserted therein, the importance of the issues raised, and the availability of counsel and parties.  Thus, the extension is supported by good cause.  The Parties have agreed to the extension, and it is sought in good faith and not for delay.

DATED this __30th__ day of June, 2026.

STEVEN J. KLEARMAN & ASSOCIATES          GREENBERG TRAURIG, LLP

By: _/ s / Steven J. Klearman_____          By: _/ s / Kirche M. Ray_____
    Steven J. Klearman, Esq., #3471              Kirche M. Ray, Esq., #16306
    437 W. Plumb Lane                            10845 Griffith Peak Dr., Ste. 600
    Reno, NV  89509                              Las Vegas, Nevada 89135
    (775) 323-3700                               (702) 792-3773
    Attorneys for Plaintiff                      Attorneys for Defendants

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Plaintiff's deadline to file his Response to Defendants' Motion for Leave to File Surreply shall be extended to July 16, 2026.

**IT IS SO ORDERED**

DATED this 1st day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

2