Steven J. Klearman, Esq., #3471
Steven J. Klearman & Associates
437 W. Plumb Lane
Reno, Nevada 89509
(775) 323-3700
steve@nevadainjuries.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC JAMES DELEON,

Plaintiff,

vs.

TESLA MOTORS NV, INC., a Domestic Corporation register or otherwise authorized to do business in the State of Nevada; TESLA, INC., a Foreign Corporation registered or otherwise authorized to do business in the State of Nevada; and DOES 1-50, inclusive,

Defendants.
_______________________________________/

Case No.: 3:26-cv-00267

**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY [ECF NO. 22]**

Plaintiff, ERIC JAMES DELEON, by and through his counsel, STEVEN J. KLEARMAN, ESQ. of the law firm STEVEN J. KLEARMAN & ASSOCIATES and Defendants TESLA MOTORS NV, INC. ("TELSA MOTORS") and TESLA, INC. ("TESLA"), by and through their counsel, KIRCHE M. RAY, ESQ., of the law firm GREENBERG TRAURIG, LLP, hereby stipulate and agree as follows:

1. The Parties agree to extend the deadline for Plaintiff's Response to Defendants' Motion for Leave to File Surreply [ECF No. 22] until July 27, 2026.

This is the Parties' second request for an extension of the briefing schedule on this matter. No hearing has been set yet. The extension is warranted by the nature of the Motion and arguments asserted therein, the importance of the issues raised, and the availability of counsel and parties. Thus, the extension is supported by good cause. The Parties have agreed to the extension, and it is sought in good faith and not for delay.

DATED this 16th day of July, 2026.

STEVEN J. KLEARMAN & ASSOCIATES

By: */ s / Steven J. Klearman*
Steven J. Klearman, Esq., #3471
437 W. Plumb Lane
Reno, NV 89509
(775) 323-3700
Attorneys for Plaintiff

GREENBERG TRAURIG, LLP

By: */ s / Eric W. Swanis*
Eric W. Swanis, Esq., #6840
10845 Griffith Peak Dr., Ste. 600
Las Vegas, Nevada 89135
(702) 792-3773
Attorneys for Defendants

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Plaintiff's deadline to file his Response to Defendants' Motion for Leave to File Surreply shall be extended to July 27, 2026.

**IT IS SO ORDERED** this 17th day of July, 2026.

UNITED STATES DISTRICT JUDGE