Steven J. Klearman, Esq., #3471
Steven J. Klearman & Associates
437 W. Plumb Lane
Reno, Nevada 89509
(775) 323-3700
steve@nevadainjuries.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC JAMES DELEON,

Plaintiff,

vs.

TESLA MOTORS NV, INC., a Domestic Corporation register or otherwise authorized to do business in the State of Nevada; TESLA, INC., a Foreign Corporation registered or otherwise authorized to do business in the State of Nevada; and DOES 1-50, inclusive,

Defendants.
_______________________________________/

Case No.: 3:26-cv-00267

**ORDER GRANTING STIPULATION DISMISSING DEFENDANT TESLA MOTORS NV, INC. ONLY**

Plaintiff, ERIC JAMES DELEON, by and through his counsel, STEVEN J. KLEARMAN, ESQ. of the law firm STEVEN J. KLEARMAN & ASSOCIATES, and Defendants TESLA MOTORS NV, INC. ("TELSA MOTORS") and TESLA, INC. ("TESLA"), by and through their counsel, ERIC W. SWANIS, ESQ., of the law firm GREENBERG TRAURIG, LLP, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Tesla Motors NV, Inc. only is hereby dismissed from this action without prejudice, with each party to bear their own attorney's fees and costs.

2. This action shall remain fully active as to Defendant Tesla, Inc.

3. In consideration for Plaintiff entering into this voluntary dismissal without prejudice, Defendants agree that the running of any applicable statute of limitations, or any other time-based defense as to Defendant Tesla Motors NV, Inc., is hereby tolled from the date of the execution of this Stipulation through the close of fact discovery in this matter.

4. If at any point during active discovery, evidence is uncovered indicating that Tesla Motors NV, Inc. possessed operational control over, or responsibility for, snow and ice maintenance in the area of Plaintiff's subject fall, Defendants explicitly waive any right to oppose a subsequent Motion for Leave to Amend the Complaint to re-introduce Tesla Motors NV, Inc. as a named defendant based upon timeliness or the statute of limitations.

5. Nothing in this stipulation shall preclude Defendants from opposing a Motion for Leave to Amend the Complaint to add Tesla Motors NV, Inc. as a defendant on grounds other than those set forth in this stipulation.

6. The parties agree that this Stipulation is entered into in good faith to streamline issues and to clarify federal diversity jurisdiction.

7. Plaintiff's Motion to Remand [ECF No. 5] and all responsive pleadings are hereby withdrawn and moot.

DATED this 16th day of July, 2026.

STEVEN J. KLEARMAN & ASSOCIATES

By: */ s / Steven J. Klearman*
Steven J. Klearman, Esq., #3471
437 W. Plumb Lane
Reno, NV 89509
(775) 323-3700
Attorneys for Plaintiff

GREENBERG TRAURIG, LLP

By: */ s / Eric W. Swanis*
Eric W. Swanis, Esq., #6840
10845 Griffith Peak Dr., Ste. 600
Las Vegas, Nevada 89135
(702) 792-3773
Attorneys for Defendants

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendant Tesla Motors NV, Inc. only is hereby dismissed from this action without prejudice.

**IT IS SO ORDERED** this 17th day of July, 2026.

UNITED STATES DISTRICT JUDGE