ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
DANIEL MILLER
Nevada Bar No. 17255
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
kirche.ray@gtlaw.com
***Attorneys for Defendant,***
***TESLA, INC.***

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIC JAMES DELEON,

Plaintiff,

v.

TESLA MOTORS NV, INC., a Domestic Corporation register or otherwise authorized to do business in the State of Nevada; TESLA, INC., a Foreign Corporation registered or otherwise authorized to do business in the State of Nevada, and DOES 1-50, inclusive,

Defendants.

Case No. 3:26-cv-00267-MMD-CLB

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING MOTION TO COMPEL**

[FIRST REQUEST]

Plaintiff Eric James Deleon ("Plaintiff") and Defendant Tesla, Inc. ("Tesla") hereby stipulate and agree to the following briefing schedule extending the deadlines set forth in the Court's August 3, 2026 order [ECF 36] relating to Supplemental Briefs regarding Tesla's Motion Regarding Discovery Dispute (*see* ECF Nos. 33 - 35):

1. The deadline for Tesla to file its Supplement Brief regarding Motion for Protective Order will be extended from August 17, 2026 to August 24, 2026;

2. Plaintiff's Response deadline will be extended from August 31, 2026 to September 7, 2026; and

3. Defendant's Supplemental Reply deadline will be extended from September 7, 2026 to September 14, 2026.

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

This is the Parties' **first** request for an extension of the briefing schedule. No hearing has yet been set. The extension is warranted by the nature of the Motion and arguments asserted therein, the importance of the issues raised, and the availability of counsel and the parties. Thus, the extension is supported by good cause. The Parties have agreed to the briefing schedule extension, and it is sought in good faith and not for delay.

DATED this 14th day of August, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Eric W. Swanis*
ERIC W. SWANIS
Nevada Bar No. 06840
DANIEL MILLER
Nevada Bar No. 17255
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
***Attorneys for Defendant,***
***TESLA, INC.***

**STEVEN J. KLEARMAN & ASSOCIATES**

*/s/ Steven J. Klearman*
STEVEN J. KLEARMAN. ESQ.
Nevada Bar No. 3471
437 W. Plumb Lane
Reno, Nevada 89509
***Attorneys for Plaintiff,***
***ERIC JAMES DELEON***

**ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that the Parties' stipulation is GRANTED. Defendant's deadline to file its **Supplemental Brief regarding Motion Regarding Discovery Dispute** is hereby extended to **August 24, 2026**; Plaintiff's Opposition thereto is due **September 7, 2026**; and Defendant's Reply is due **September 14, 2026**.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2026.