Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIC JAMES DELEON,

Plaintiff,

v.

TESLA MOTORS NV, INC., a Domestic Corporation register or otherwise authorized to do business in the State of Nevada; TESLA, INC., a Foreign Corporation registered or otherwise authorized to do business in the State of Nevada, and DOES 1-50, inclusive,

Defendants.

CASE NO.: 3:26-cv-00267-MMD-CLB

**ORDER GRANTING STIPULATON TO STAY CASE**

Plaintiff Eric James Deleon ("Plaintiff") and Defendant Tesla, Inc. ("Tesla" and together with Defendant, the "Parties"), by and through their undersigned counsel, hereby stipulate to stay this case until February 5, 2027 so that the Parties may attend mediation no later than January 29, 2027 in an effort to resolve this case amicably and avoid additional fees and costs associated with discovery.

**A. DISCOVERY COMPLETED TO DATE**

The Parties have conducted the following discovery to date:

1. The Parties conducted an initial FRCP 26(f) conference on April 24, 2026;

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

2. Plaintiff disclosed his initial FRCP 26.1 Disclosure on April 28, 2026;

3. Tesla disclosed their Initial FRCP 26.1 Disclosure on May 8, 2026;

4. Plaintiff sent written discovery requests to Tesla on May 14, 2026;

5. Tesla served its First Supplemental Disclosure on June 15, 2026;

6. Tesla sent written discovery requests to Plaintiff on June 18, 2026;

7. Plaintiff served his First Supplemental Disclosure on June 26, 2026;

8. Plaintiff served his Second Supplemental Disclosure on June 30, 2026;

9. Tesla responded to Plaintiff's written discovery requests on July 6, 2026;

10. Tesla served its Second Supplemental Disclosure on July 31, 2026;

11. Plaintiff responded to Tesla's written discovery requests on August 3, 2026;

12. Tesla served its Third Supplemental Disclosure on July 31, 2026;

13. Plaintiff served his Third Supplemental Disclosure on August 3, 2026;

14. Tesla served its Fourth Supplemental Disclosure on August 7, 2026;

15. Tesla served its Fifth Supplemental Disclosure on August 14, 2026;

16. Tesla served its Sixth Supplemental Disclosure on August 17, 2026;

17. Plaintiff took the FRCP 30(b)(6) deposition of Tesla on August 18, 2026;

18. Plaintiff took the deposition of Tesla employee, Jason Gray, on August 18, 2026;

19. Plaintiff served his Fourth Supplemental Disclosure on August 19, 2026;

20. Tesla took the deposition of Mr. DeLeon's wife, Letitia DeLeon, on August 20, 2026; and

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

21. Tesla took the deposition of Mr. DeLeon on August 21, 2026.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Discovery, including depositions and written discovery requests, to parties and third parties;;
2. Disclosure of initial and rebuttal expert witnesses;
3. Expert witness depositions; and
4. Any additional discovery deemed necessary.

**C. REASONS FOR THE REQUESTED STAY**

Plaintiff filed this action on February 26, 2026, in the First Judicial District Court of the State of Nevada, Storey County (Case No. 26-TRT-00002-1E), asserting claims for negligence, negligence *per se*, and negligent hiring, training, supervision, and retention. The matter was thereafter removed to and is now pending in this Court. In May, 2026, Tesla tendered the defense to and demanded indemnity from Plaintiff's employer, Green Planet 21, Inc. ("GP 21"), pursuant to an express indemnity agreement, but there is disagreement among them and GP 21's carrier about the indemnity issue.

The Parties, along with representatives of GP 21 and its insurance carrier, attended mediation on September 16, 2026 before Judge Janet Berry (Ret.). The Parties agreed to suspend the mediation and stay this case so that: (i) Plaintiff's additional medical records relating to recent evaluation and treatment and as-yet non-produced expert reports could be reviewed with an eye towards case resolution, and (ii) Tesla, GP 21, and GP 21's carrier can attempt to resolve the indemnity issue. The Parties are coordinating to re-convene the mediation with Judge Berry to occur prior to January 29, 2027.

As such, the Parties respectfully request a stay of discovery until February 5, 2027. Under this stipulation and request, the Parties would file with the Court a joint status report ("Report") explaining whether mediation and/or post-mediation settlement discussions were successful no later than February 19, 2027. If by that date mediation and/or settlement discussions are unsuccessful, the Parties will propose an amended pretrial discovery schedule in the Report consistent with the existing pretrial deadlines and intended to allow the parties to have at least as much time to complete

discovery as they had as of the date of the mediation on September 16, 2026.

This stipulation is made in good faith and not for purposes of delay.

The Parties therefore stipulate, and believe that good cause exists, to stay this civil case as requested herein.

**IT IS SO STIPULATED.**

DATED this 18th day of September, 2026.

**STEVEN J. KLEARMAN & ASSOCIATES**

*/s/ Steven J. Klearman*

STEVEN J. KLEARMAN. ESQ.
Nevada Bar No. 3471
437 W. Plumb Lane
Reno, NV 89509
*Attorneys for Plaintiff*
*ERIC JAMES DELEON*

**GREENBERG TRAURIG, LLP**

*/s/ Eric W. Swanis*

ERIC W. SWANIS
Nevada Bar No. 6840
DANIEL MILLER, ESQ.
Nevada Bar No. 1725510845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendant,*
*TESLA, INC.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)